FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0067

DIANE WENGER,
      Petitioner and Appellant,

          vs.

STATE FARM MUTAL
AUTOMOBILE INSURANCE
COMPANY,
      Respondent and Appellee.

**ORDER**

The COURT, having reviewed Appellant's *Unopposed Motion to Extend Deadline for Appellant's Opening Brief per Mont. R. App. P. 26(2)*, and GOOD CAUSE APPEARING, hereby ORDERS that the deadline for filing Appellant's Initial Brief shall be extended thirty (30) days. Appellant's Opening Brief shall be filed on or before July 13, 2020.

Dated this __ day of June, 2020.

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020